# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DMC Machinery America Corp. | ) ) ) | Case No: 16 C 269 |
| v. | ) ) | Judge: John W. Darrah |
| Heartland Machine & Engineering, LLC et al | ) ) ) | |

## ORDER

For the reasons stated in the attached memorandum opinion and order, Defendant FFG DMC Co., Ltd.'s Motion to Dismiss [37] pursuant to forum non conveniens is granted. Enter Memorandum Opinion and Order. Status hearing set for 1/25/17 at 9:30 a.m. for scheduling.

Date: 11/2/16                                                                                   /s/ Judge John W. Darrah